

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L., MINOR CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The Unopposed Motion to Exceed Page/Word Limit in Appellee's brief is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

